No. 308. MURRAY *v.* JOE GERRICK & CO. ET AL. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Washington granted. *Messrs. William Martin and M. M. Doyle* for petitioner. *Messrs Walter L. Clark, Roszel C. Thomsen, J. Speed Smith,* and *Stephen V. Carey* for respondents.

No. 311. VAN DYKE *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. R. A. Bartlett* and *Wm. E. Brooks* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *George H. Foster* for respondent.

No. 312. VAN DYKE *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. R. A. Bartlett* and *Wm. E. Brooks* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *George H. Foster* for respondent.

No. 325. HANSEN *v.* HAFF, ACTING COMMISSIONER OF IMMIGRATION. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Roger O'Donnell* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for respondent:

No. 343. HAMBURG-AMERICAN LINE *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the